NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: MTD PRODUCTS INC.,**
*Appellant*

---

2021-1474

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/013,980.

---

**JUDGMENT**

---

JOHN CIPOLLA, Calfee, Halter & Griswold LLP, Cleveland, OH, argued for appellant. Also represented by ANDREW ALEXANDER, TRACY SCOTT JOHNSON, MARK MCDOUGALL; MARK T. GARRETT, Norton Rose Fulbright US LLP, Austin, TX.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrew Hirshfeld. Also represented by DANIEL KAZHDAN, THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, PETER JOHN SAWERT.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 5, 2021 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |